**362**

William H. NICHOLSON, Appellant,

v.

CASS COUNTY SHERIFF'S DEPARTMENT, State of Missouri, Second Injury Fund and Fireman's Fund Insurance, Respondents.

No. WD 48425.

Missouri Court of Appeals, Western District.

July 26, 1994.

H. Kent Desselle, Independence, for appellant.

James W. Humphrey, Jr., Kansas City, for respondent Cass County Sheriff's Department.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Lorry Kohrs Kelly, Asst. Atty. Gen., Kansas City, for respondent State of Missouri, Second Injury Fund.

John R. Fox, Kansas City, for respondent Fireman's Fund Ins.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

### ORDER

*PER CURIAM:*

Appeal from denial of workers' compensation benefits.

Judgment affirmed pursuant to Rule 84.-16(b).

In the Interest of T.B.—a minor,
Plaintiff. (Two Cases)

JUVENILE OFFICER, Respondent,

v.

T.D.—Natural Mother, Appellant.
(Two Cases)

Nos. WD 48811, WD 48812.

Missouri Court of Appeals,
Western District.

July 26, 1994.

Kevin Thomas, Independence, for appellant.

Lori Stipp, Kansas City, for plaintiff.

Kyla Grove, Guardian Ad Litem, Kansas City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from judgments terminating parental rights pursuant to § 211.447, RSMo Supp. 1993.

Judgment affirmed. Rule 84.16(b).